Michele Braukmann
MERIDIAN LAW, PLLC
100 N. 27th Street, Suite 320
Billings, MT  59101
Ph:  406.578.8855
Cell:  406.671.3963
michele@meridianlawmt.com
www.meridianlawmt.com

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LEIGH ANN LUNDVALL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC,<br><br>　　　　　　　Defendant. | CV 1:21-cv-00046-SPW-TJC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW, Leigh Ann Lundvall (hereinafter "Lundvall" or "Plaintiff"), by and through Counsel of Record, Michele L. Braukmann, of Meridian Law, PLLC, and hereby files this Notice of Dismissal with Prejudice of the aforementioned action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  An Answer has not yet been filed in this case.  Counsel for the Defendant has been contacted

regarding this Notice and has represented that the Defendant has no objection to the dismissal, with prejudice, of this action. A proposed Order is included herewith.

DATED this 4th day of May, 2021.

MERIDIAN LAW, PLLC

By: *Michele L B*

Michele L. Braukmann
100 N. 27th Street, Suite 320
Billings, MT  59101
Ph:  406.578.8855
Cell:  406.671.3963
michele@meridianlawmt.com
www.meridianlawmt.com